UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
JOSEPH J SESTA, JR. § Case No. 8:11-13366-CED
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/V. JOHN BROOK, JR._____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-13366 | CED | Judge: | Caryl E. Delano | Trustee Name: | V. JOHN BROOK, JR. |
|---|---|---|---|---|---|---|
| Case Name: | JOSEPH J SESTA, JR. | | | | Date Filed (f) or Converted (c): | 07/14/2011 (f) |
| | | | | | 341(a) Meeting Date: | 08/17/2011 |
| For Period Ending: | 04/17/2012 | | | | Claims Bar Date: | 12/23/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a)<br>DA=554(c) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 400 E. Bay Street PH3 Jacksonville, FL 32202 | 583,919.83 | 0.00 | OA | 0.00 | FA |
| 2. Vacant lot located at 2502 River Bend Drive | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Chase Checking Acct ending in 1468 | 1,864.58 | 1,864.58 | | 1,864.58 | FA |
| 4. Chase Savings Acct ending in 2940 | 22,743.02 | 22,743.02 | | 22,743.02 | FA |
| 5. Greg Munch, landlord | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 6. Couch, Loveseat, 2 End Tables, Cocktail Table (damaged), 2 L | 1,275.00 | 0.00 | DA | 0.00 | FA |
| 7. Used mens clothing | 375.00 | 0.00 | DA | 0.00 | FA |
| 8. Swiss Army Watch and HS/College Class Rings | 150.00 | 0.00 | DA | 0.00 | FA |
| 9. Mountain Bike, Bike Rack | 200.00 | 0.00 | DA | 0.00 | FA |
| 10. Suncoast Schools Federal Credit Union Health Savings | 7,914.18 | 0.00 | DA | 0.00 | FA |
| 11. Raymond James IRA/SEP | 210,631.28 | 0.00 | DA | 0.00 | FA |
| 12. Raymond James Roth IRA | 13,888.78 | 0.00 | DA | 0.00 | FA |
| 13. Suncoast Neuropsychology LLC | 33,228.38 | 0.00 | DA | 0.00 | FA |
| 14. 2008 Nissan Armada NADA Value | 28,000.00 | 17,275.00 | | 17,275.00 | FA |
| 15. 1 4 year old dog, non pedigree, fixed | 10.00 | 0.00 | DA | 0.00 | FA |
| 16. 2011 TAX REFUND (u) | Unknown | Unknown | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | DA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $1,105,900.05   $41,882.60   $41,882.60   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

VEHICLE TO BE SOLD AT BAY AREA ON 10/15/11-MONIES REC'D FOR BANK ACCOUNT-MONIES REC'D FROM BAY AREA-LETTER SENT TO IRS FOR 2011 TAX REFUND-ASSETS FULLY ADMINISTERED-READY TO CLOSE-DEBTOR DUE EXEMPTIONS-WILL CLOSE AFTER CHECK CLEARS; preparing TFR 4/17/12

Exhibit A

RE PROP #     16    --    added per Amended Schedules

Initial Projected Date of Final Report (TFR): 06/01/2013        Current Projected Date of Final Report (TFR): 06/01/2013

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 11-13366 | Trustee Name: V. JOHN BROOK, JR. | |
| Case Name: JOSEPH J SESTA, JR. | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX1685 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8485 | Blanket Bond (per case limit): $48,828,000.00 | |
| For Period Ending: 04/17/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/20/11 | | JOSEPH J SESTA | BUYBACK | | $24,607.60 | | $24,607.60 |
| | | | Gross Receipts $24,607.60 | | | | |
| | 4 | | Chase Savings Acct ending in 2940 $22,743.02 | 1129-000 | | | |
| | 3 | | Chase Checking Acct ending in 1468 $1,864.58 | 1129-000 | | | |
| 10/25/11 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.67 | $24,587.93 |
| 11/01/11 | | BAY AREA AUCTION SERVICES, INC 8010 US HWY 19 N PINELLAS PARK, FL 33781 | Auction PROCEEDS | | $20,275.00 | | $44,862.93 |
| | | BAY AREA AUCTION SERVICES, INC | Unlinked Allocation $3,000.00 | 1280-000 | | | |
| | 14 | | 2008 Nissan Armada NADA Value $17,275.00 | 1129-000 | | | |
| 11/25/11 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.00 | $44,803.93 |
| 12/22/11 | 1001 | BAY AREA AUCTION SERVICES, INC 8010 US HWY 19 N PINELLAS PARK, FL 33781 | Auctioneer fees | 3610-000 | | $2,737.50 | $42,066.43 |
| 12/22/11 | 1002 | BAY AREA AUCTION SERVICES, INC 8010 US HWY 19 N PINELLAS PARK, FL 33781 | Auctioneer expenses | 3620-000 | | $542.00 | $41,524.43 |
| 12/27/11 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.17 | $41,416.26 |
| 01/25/12 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.17 | $41,308.09 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*   Page Subtotals:   $44,882.60   $3,574.51

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-13366 | Trustee Name: | V. JOHN BROOK, JR. |
|---|---|---|---|
| Case Name: | JOSEPH J SESTA, JR. | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX1685 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8485 | Blanket Bond (per case limit): | $48,828,000.00 |
| For Period Ending: | 04/17/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/27/12 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.79 | $41,207.30 |
| 03/13/12 | 1003 | JOSEPH J. SESTA, JR.<br>11015 N. SHORELINE AVE<br>BATON ROUGE, LA 70809 | EXEMPTION AMOUNT DEBTOR'S EXEMPTION | 8100-002 | | $3,000.00 | $38,207.30 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | $44,882.60 | $6,675.30 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $44,882.60 | $6,675.30 |
| | Less: Payments to Debtors | $0.00 | $3,000.00 |
| | Net | $44,882.60 | $3,675.30 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1685 - Checking | $44,882.60 | $3,675.30 | $38,207.30 |
| | $44,882.60 | $3,675.30 | $38,207.30 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $44,882.60 |
| Total Gross Receipts: | $44,882.60 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:11-13366-CED  
Debtor Name: JOSEPH J SESTA, JR.  
Claims Bar Date: 12/23/2011  
Date: April 17, 2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1-2<br>300<br>7100 | The Plaza Condominium<br>Association At Berkman Plaza<br>C/O Suxanne C. Quinonez<br>Po Box 130<br>Middleburg, Fl 32030 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 01/18/2012<br><br>amends Claim 1-1 | $0.00 | $28,013.73 | $28,013.73 |
| | Case Totals | | | $0.00 | $28,013.73 | $28,013.73 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                     Printed: April 17, 2012

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 8:11-13366-CED
Case Name: JOSEPH J SESTA, JR.
Trustee Name: V. JOHN BROOK, JR.

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: V. JOHN BROOK, JR. | $ | $ | $ |
| Trustee Expenses: V. JOHN BROOK, JR. | $ | $ | $ |
| Attorney for Trustee Fees: HERBERT R. DONICA & DONICA LAW FIRM, P.A. | $ | $ | $ |
| Attorney for Trustee Expenses: HERBERT R. DONICA & DONICA LAW FIRM, P.A. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-2 | The Plaza Condominium Association At Berkman Plaza | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                               $_____


Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $      . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $           .